

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2020

No. 04-19-00403-CV

**THE TEXAS BRANDON CORPORATION, INC.** and Ronald R. Wilson,
Appellants

v.

**EOG RESOURCES, INC.**, and Fred Levine,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-03-00066-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

The Appellant's Motion to Withdraw Martha Roxanne Radford as Counsel is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court